JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VKJ MOORPARK, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-03029-JAK (MAAx)**<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE (DKT. 9)** |

Based on a review of the Notice of Voluntary Dismissal of Entire Case with Prejudice (Dkt. 9) and the associated request to retain jurisdiction (the "Request"), sufficient good cause has been shown for the requested relief. Therefore, the Request is **GRANTED**, and this action is **DISMISSED** without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action through and until August 17, 2021; provided, however, any request by any party(ies) that the Court do so, shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party(ies) making such a request reasonably expect the process to be concluded. If Plaintiff does not seek to reopen the action before August 17, 2021, the action will be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: July 8, 2021

John A. Kronstadt
United States District Judge